AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

DONOVAN CHARLES STONER,

     Petitioner,     JUDGMENT IN A CIVIL CASE

V.

                            CASE NUMBER: **3:09-cv-00137-BES-VPC**

NEVADA ATTORNEY GENERAL and
NEVADA DEPARTMENT OF
CORRECTIONS,

     Respondents.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Mandamus is DENIED.

  April 20, 2009              **LANCE S. WILSON**
                                            Clerk

                                        /s/ Kalani Lizares
                                        Deputy Clerk